UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA DONCOUSE,<br><br>                    Plaintiff,<br><br>     -v-<br><br>TOUITOU, INC. and JANDALE REALTY INC.,<br><br>                    Defendants. | CIVIL ACTION NO.: 21 Civ. 11090 (PAE) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE**, United States Magistrate Judge.

On March 21, 2022, the Court extended until April 24, 2022 the deadline for Defendants' to answer, move, or otherwise respond to the Complaint. (ECF No. 12). To date, Defendants have not responded to the Complaint. As a one-time courtesy, the Court sua sponte extends this deadline, and directs Defendants to answer, move, or otherwise respond to the Complaint by **May 6, 2022**. Defendants are warned that failure to respond may result in the entry of a certificate of default. See Fed R. Civ. P. 55(a) ("When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.").

Dated:   New York, New York
         April 29, 2022

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**